UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
ANTWAN TOLLIVER, :
                      Plaintiff, :      20 Civ. 3439 (LGS)
       -against- :
:      ORDER
NDG COFFEE SHOP, INC., et al. :
                      Defendants. :
------------------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference is scheduled for June 18, 2020.  ECF 8;

    WHEREAS, Plaintiff Tolliver and Defendant Aywid Realty, Inc., filed a joint letter and proposed Case Management Plan in anticipation of the initial pretrial conference and no significant issues were raised in either. ECF 13, 14;

    WHEREAS, the deadline for Defendant NDG Coffee Shop, Inc. to answer or otherwise respond to the Complaint was May 26, 2020.  Defendant NDG Coffee Shop, Inc. has not timely answered or otherwise responded to the Complaint.  It is hereby

    **ORDERED** that the June 18, 2020, initial pretrial conference is **cancelled**.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  The parties should be aware that the Court does not extend the deadlines for fact discovery absent compelling circumstances.  The parties may at any time file a letter requesting a referral to the Mediation Program or to the magistrate judge for settlement purposes.  It is further

    **ORDERED** that Plaintiff shall, by **July 1, 2020**, filed default judgment materials pursuant to the Court's Individual Rules (Appendix A), with respect to Defendant NDG Coffee Shop, Inc.

Dated: June 16, 2020
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE