UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
ANTWAN TOLLIVER,
                               Plaintiff,

-against-                                      20 Civ. 3439 (LGS)

NDG COFFEE SHOP, INC., et al.                      ORDER
                               Defendants.
------------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on June 16, 2020, Plaintiff was directed to file default judgment materials by July 1, 2020, pursuant to the Court's Individual Rules with respect to Defendant NDG Coffee Shop, Inc. ECF 16;

       WHEREAS, Plaintiff has not timely filed default judgment materials pursuant to Defendant NDG Coffee Shop, Inc.;

       WHEREAS, though Defendant AYWID Realty, Inc., participated in filing the joint pre-conference statement, it has not appeared on the docket. ECF 14. The time for Defendant AYWID Realty, Inc. to answer or otherwise respond concluded on May 29, 2020. ECF 9. It is hereby

       **ORDERED** that Plaintiff shall file default judgment materials with respect to Defendant NDG Coffee Shop, Inc., by **July 14, 2020**. If Plaintiff fails to file default judgment materials, then the Court will dismiss Defendant NDG Coffee Shop, Inc. from this action. It is further

       **ORDERED** that Defendant AYWID Realty, Inc. shall file its appearance on the docket by July 14, 2020. If Defendant AYWID Realty, Inc. fails to appear by that date, then Plaintiff shall file default judgment materials as to Defendant AYWID Realty, Inc. by **July 28, 2020**. Failure to timely file default judgment materials as to Defendant AYWID Realty, Inc. will result in dismissal of this Defendant and the Court closing this action.

Dated: July 7, 2020
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE